IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCOTT EDWARD ROSE, § § § Plaintiff, § § vs. § CIVIL ACTION NO. 4:23-CV-00170-ALM § TRAVELERS PERSONAL INSURANCE § COMPANY, § § Defendant. § | |

## ORDER OF DISMISSAL

Before the Court in the above styled and numbered cause is the parties' Joint Stipulation of Dismissal filed on September 22, 2023. By their Stipulation, the parties inform the Court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with each party bearing their own costs. Having considered the Joint Stipulation of Dismissal, the Court finds as follows:

It is hereby ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiffs against Defendant, is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same.

This Order disposes of all claims among all parties and constitutes final judgment herein.

**IT IS SO ORDERED.**
SIGNED this 26th day of September, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE